PAUL J. FISHMAN
United States Attorney
JORDAN M. ANGER
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-645-2829
Fax. 973-645-3210
email: JORDAN.ANGER@usdoj.gov
(FLU:PM)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, | HON. |
| *Plaintiff,* | Criminal No. 92-313 |
| v. | **ORDER FOR REMISSION OF FINE** |
| BRIAN JOYCE, | |
| *Defendant.* | |

This matter having been opened to the Court by PAUL J. FISHMAN, United States Attorney for the District of New Jersey (Jordan M. Anger, Assistant U.S. Attorney, appearing), and the Court having considered the Petition for Remission of Fine, and for good cause shown,

IT IS on this ____10th____ day of ____July____, 2012,

ORDERED, that the balance of the fine imposed on December 3, 1992, in the amount of $1,950.00 is hereby remitted.

_____
UNITED STATES DISTRICT JUDGE